# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Grandy, Laura K. | Bankruptcy Court - Southern Illinois | 05/12/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Chief U.S. Bankruptcy Judge | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

Melvin Price Federal Building and
United States Courthouse
750 Missouri Avenue
East St. Louis, IL 62201

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 3/02/2010 | Mathis Marifian & Richter LTD See Note in Part VIII |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2011 | Mathis Marifian & Richter LTD | $187,104.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | National Confernece of Bankruptcy Judges | 10/1/11/2011 - 10/15/2011 | Tampa, FL | Professional Organization Activity | Lodging |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Bank of Springfield | Note Receivable | K |
| 2. | FCB - Swansea | Mortgage on building owned by MMRG Building LLC | K |
| 3. | First Bank | Mortgage - [redacted] Property | K |
| 4. | Bank of Springfield | Mortgage - [redacted] Property | K |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Place "(X)" after each asset exempt from prior disclosure | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | Northwestern Mutual Varible Annuity | B | Dividend | L | T | Buy | 03/11/11 | L | | |
| 2. | Northwestern Mutual 65 Life Insurance Policy | C | Dividend | L | T | | | | | |
| 3. | Northwestern Mutual Variable CompLife Insurance Policy | A | Dividend | L | T | | | | | |
| 4. | Northwestern Mutual 65 Life Insurance Policy | B | Dividend | L | T | | | | | |
| 5. | Morgan Keegan Trust U/A DTD 7/02/98 | | | | | | | | | |
| 6. | - IRA Morgan Keegan - American Funds (AEPGX) | A | Dividend | | | Sold | 08/03/11 | L | E | |
| 7. | - IRA Morgan Keegan- American Funds (ANEFX) | A | Dividend | | | Sold | 08/03/11 | K | E | |
| 8. | - IRA Morgan Keegan - American Funds (AWSHX) | A | Dividend | | | Sold | 08/03/11 | K | A | |
| 9. | - Federated Kauffman Fund Fund (KAUCX) | B | Dividend | | | Sold | 08/05/11 | K | A | |
| 10. | - First Eagle Global Fund A (SGENX) | B | Dividend | M | T | Buy (add'l) | 12/30/11 | L | | |
| 11. | - Hartford Growth Opportunities C (HGOCX) | A | Dividend | | | Sold | 08/03/11 | L | A | |
| 12. | - Franklin Mutual Shares Class A (TESIX) | A | Dividend | | | Sold | 08/03/11 | K | A | |
| 13. | - American Funds Balanced A (ABALX) | A | Dividend | | | Sold | 08/03/11 | J | A | |
| 14. | - American Funds Balanced B (BALCX) | A | Dividend | | | Sold | 08/03/11 | K | A | |
| 15. | - American Funds Capital Income Builder A (CAIBX) | A | Dividend | | | Sold | 08/03/11 | J | A | |
| 16. | - American Funds Income Fund of American A (AMECX) | A | Dividend | | | Sold | 08/03/11 | J | A | |
| 17. | -Franklin Gold and Prec Metals C (FRGOX) | | None | K | T | Buy (add'l) | 12/30/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Grandy, Laura K. | 05/12/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Hartford Global All Asset Fund C (HLACX) | A | Dividend | L | T | Buy | 08/03/11 | L | | |
| 19. -Ivy Asset Strategy Fund CL A (WASAX) | A | Dividend | K | T | Buy | 12/30/11 | K | | |
| 20. -Federated Kaufmann Large Cap C (KLCCX) | A | Dividend | K | T | Buy | 08/03/11 | K | | |
| 21. Morgan Keegan | | | | | | | | | See Note part VIII |
| 22. - Apple Inc (AAPL) | A | Dividend | L | T | | | | | |
| 23. - American Funds Europacific Growth A (AEPGX) | B | Dividend | | | Sold | 08/03/11 | L | A | |
| 24. - Federated Kaufmann Large Cap A (KLCAX) | A | Dividend | L | T | | | | | |
| 25. - First Eagle Global Fund A (SGENX) | A | Dividend | K | T | | | | | |
| 26. - Goldman Sachs Satellite Strategies PTF Class A (GXSAX) | B | Dividend | | | Sold | 08/03/11 | K | B | |
| 27. - American Funds Growth Fund of America A (AGTHX) | A | Dividend | | | Sold | 08/03/11 | K | A | |
| 28. - American Funds New Economy A (ANEFX) | A | Dividend | | | Sold | 08/03/11 | J | A | |
| 29. - American Funds New Perspective A (ANWPX) | A | Dividend | L | T | | | | | |
| 30. - American Funds Smallcap World A (SMCWX) | A | Dividend | | | Sold | 08/03/11 | K | B | |
| 31. - Federated Clover Value A (VFCAX) | A | Dividend | | | Sold | 08/03/11 | K | A | |
| 32. - Ivy Global Natural Resources A (IGNAX) | A | Dividend | K | T | | | | | |
| 33. - Regions FDIC | A | Interest | J | T | | | | | |
| 34. -Transamerica Asset Allocation Moderate Growth A (IMLAX) | A | Dividend | K | T | Buy | 08/08/11 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Grandy, Laura K. | 05/12/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Ivy Asset Strategy Fund CL A (SGENX) | A | Dividend | K | T | Buy | 08/08/11 | K | | |
| 36. -Dodge & Coxx Income (DODIX) | | None | K | T | Buy | 08/09/11 | J | | |
| 37. | | | | | Buy (add'l) | 08/26/11 | K | | |
| 38. -Invesco International Growth A (AIIEX) | A | Dividend | J | T | Buy | 08/09/11 | J | | |
| 39. | | | | | Buy (add'l) | 08/26/11 | J | | |
| 40. -Blackrock US Opportunities Institutional Class (BMCIX) | A | Dividend | J | T | Buy | 08/09/11 | J | | |
| 41. | | | | | Buy (add'l) | 08/26/11 | J | | |
| 42. -DGHM All Cap Value Investor (DGHMX) | A | Dividend | J | T | Buy | 08/09/11 | J | | |
| 43. | | | | | Buy (add'l) | 08/26/11 | J | | |
| 44. -Federated Strategic Value IS (SVAIX) | A | Dividend | J | T | Buy | 08/09/11 | J | | |
| 45. | | | | | Sold (part) | 09/26/11 | J | A | |
| 46. -Principal Inv Largecap Growth Instit I (PGLIX) | A | Dividend | J | T | Buy | 08/09/11 | J | | |
| 47. | | | | | Sold (part) | 09/26/11 | J | A | |
| 48. -Thornburg International Value Fund Class 1 (TGVIX) | A | Dividend | J | T | Buy | 08/09/11 | J | | |
| 49. | | | | | Sold (part) | 09/26/11 | J | A | |
| 50. -FPA Cresent Fund (FPACCX) | A | Dividend | J | T | Buy | 08/09/11 | J | | |
| 51. -Hatteras Long Short Debt 1 (HFINX) | | None | J | T | Buy | 08/09/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Grandy, Laura K. | 05/12/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold (part) | 08/26/11 | J | A | |
| 53. -Hatteras Long Short Equity 1 (HLSIX) | | None | J | T | Buy | 08/09/11 | J | | |
| 54. | | | | | Buy (add'l) | 08/26/11 | J | | |
| 55. -Ivy Asset Strategy Fund CL A (WASAX) | A | Dividend | J | T | Buy | 08/09/11 | J | | |
| 56. | | | | | Buy (add'l) | 08/26/11 | J | | |
| 57. -Mutual Hedge Frontier Legends 1 (MHFIX) | | None | J | T | Buy | 08/26/11 | J | | |
| 58. -Osterweis Strategic Income (OSTIX) | A | Dividend | J | T | Buy | 08/09/11 | J | | |
| 59. | | | | | Sold (part) | 09/26/11 | J | A | |
| 60. -Ishares GS Investop Corp Bond (LQD) | A | Dividend | J | T | Buy | 08/09/11 | J | | |
| 61. | | | | | Buy (add'l) | 10/17/11 | J | | |
| 62. -First Trust Amex Biotech Index Fund (FBT) | | None | J | T | Buy | 08/09/11 | J | | |
| 63. | | | | | Sold (part) | 10/17/11 | J | A | |
| 64. -First Trust Large Cap Core Alpha Dex Fund (FEX) | A | Dividend | J | T | Buy | 08/09/11 | J | | |
| 65. | | | | | Sold (part) | 10/17/11 | J | A | |
| 66. -Ishares MSCI Chile Index Fund (ECH) | A | Dividend | J | T | Buy | 10/17/11 | J | | |
| 67. -Ishares MSCI South Korea (EWY) | A | Dividend | J | T | Buy | 08/09/11 | J | | |
| 68. | | | | | Buy (add'l) | 10/17/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Grandy, Laura K. | 05/12/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Ishares MSCI Japan Ind Fund (EWJ) | A | Dividend | J | T | Buy | 08/09/11 | J | | |
| 70. | | | | | Buy (add'l) | 10/17/11 | J | | |
| 71. -Ishares Trust S&P Fund Index (IVV) | A | Dividend | J | T | Buy | 10/17/11 | J | | |
| 72. -Ishares Technology Sector IDX Trust Dow Jones US Fund (IYW) | A | Dividend | J | T | Buy | 10/17/11 | J | | |
| 73. -Ishares MSCI Indns Invstbl (EIDO) | A | Dividend | J | T | Buy | 08/09/11 | J | | |
| 74. | | | | | Buy (add'l) | 10/17/11 | J | | |
| 75. -Rydex S&P Pure Growth (RPG) | A | Dividend | J | T | Buy | 08/09/11 | J | | |
| 76. | | | | | Sold (part) | 10/17/11 | J | A | |
| 77. -SPDR SE TR SPDR S&P Retail ETF (XRT) | A | Dividend | J | T | Buy | 08/09/11 | J | | |
| 78. | | | | | Sold (part) | 10/17/11 | J | A | |
| 79. -Vanguard Emerging Markets (VWO) | A | Dividend | J | T | Buy | 08/09/11 | J | | |
| 80. | | | | | Buy (add'l) | 10/17/11 | J | | |
| 81. -Vanguard Midcap Growth (VOT) | A | Dividend | J | T | Buy | 08/09/11 | J | | |
| 82. | | | | | Buy (add'l) | 10/17/11 | J | | |
| 83. -Greenhaven Continuous Commodity Index Fund (GCC) | A | Dividend | | | Buy | 08/09/11 | J | | |
| 84. | | | | | Sold | 10/17/11 | J | A | |
| 85. -Ishares Trust Lehman 7 - 10 Year (IEF) | A | Dividend | | | Buy | 08/09/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Grandy, Laura K. | 05/12/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold | 08/26/11 | J | A | |
| 87. -Ishares TR DJ US Real Estate Index Fund (IYR) | A | Dividend | J | T | Buy | 08/09/11 | J | | |
| 88. | | | | | Sold (part) | 10/17/11 | J | A | |
| 89. -DB Powershares Commodity Index (DBC) | A | Dividend | | | Buy | 08/09/11 | J | | |
| 90. | | | | | Buy (add'l) | 10/17/11 | J | | |
| 91. | | | | | Sold | 10/17/11 | J | A | |
| 92. -FPA New Income Inc (FPNIX) | A | Dividend | | | Buy | 08/09/11 | J | | |
| 93. | | | | | Sold | 09/26/11 | J | A | |
| 94. -Eaton Vance Atlanta Cap SMID Cap Fund II (EISMX) | A | Dividend | | | Buy | 08/09/11 | J | | |
| 95. | | | | | Sold | 09/26/11 | J | A | |
| 96. Merrill Lynch IRA | | | | | | | | | |
| 97. - Cash/Money Market | A | Interest | K | T | | | | | |
| 98. - Blackrock Global A (MDLOX) | A | Dividend | J | T | | | | | |
| 99. - Blockrock Global B (MBLOX) | A | Dividend | K | T | | | | | |
| 100. - Loomis Sayles Invt Grade Bond Cls A (LIGRX) | B | Dividend | | | Sold | 03/29/11 | K | B | |
| 101. -Loomis Sayles Income Fund Cl A (NEFZX) | A | Dividend | K | T | Buy | 03/26/11 | K | | |
| 102. -Lord Abbett Bond (LBNDX) | A | Dividend | J | T | Buy | 03/17/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Grandy, Laura K. | 05/12/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | | | | | |
| 104. | | | | | | | | | |
| 105. Mathis Marifian & Richter LTD Stock | E | Distribution | K | T | | | | | See Note in Part VIII |
| 106. Mike & Cheryl Faust, personal loan - note receivable | | None | K | T | | | | | See Note in Part VIII |
| 107. GLK DEV. personal loan - note receivable | F | Distribution | | | Sold | 05/03/11 | L | | See Note in Part VIII |
| 108. ▮▮▮▮▮ (2001 $110,000) | | None | M | R | | | | | See Note in Part VIII |
| 109. ▮▮▮▮▮ Fairview Heights, IL (2005, $55,000) | | None | L | R | | | | | See Note in Part VIII |
| 110. MMRG Bldg , Belleville, Illinois (2003, $370,000) | E | Rent | N | R | | | | | |
| 111. Merrill Lynch | | | | | | | | | |
| 112. - Cash/Money Market | A | Interest | J | T | | | | | |
| 113. - FIA Card Services Money Market Account | A | Interest | K | T | | | | | |
| 114. -Apple Inc (AAPL) | A | Dividend | J | T | Buy | 10/12/11 | J | | |
| 115. - Altria Group Inc (MO) | A | Dividend | J | T | | | | | |
| 116. - Ares Capital Corp (ARCC) | C | Dividend | K | T | | | | | |
| 117. - Chevron Corp (CVX) | A | Dividend | | | Sold | 11/03/11 | J | C | |
| 118. - Cisco Systems Inc (CSCO) | A | Dividend | | | Sold | 03/22/11 | J | A | |
| 119. - Devon Energy Corp New (DVN) | A | Dividend | | | Sold | 10/12/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Grandy, Laura K. | 05/12/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  -Diageo PLC SPSD ADR NEW (DEO) | A | Dividend | J | T | | | | | |
| 121.  - Emerson Elec Co (EMR) | A | Dividend | | | Sold | 12/07/11 | J | B | |
| 122.  - Energy Transfer Ptrns LP (ETP) | B | Dividend | K | T | | | | | |
| 123.  - Express Scripts Inc COM (ESRX) | A | Dividend | K | T | | | | | |
| 124.  -FRAC Southern Union Co | A | Distribution | J | T | | | | | |
| 125.  -Franklin Temp Hard Curr (ICCHHX) | | None | J | T | Buy | 08/03/11 | J | | |
| 126.  -Health Care Reit Inc Com (HCN) | A | Dividend | J | T | | | | | |
| 127.  -Illinois Tool Works Inc (ITW) | | None | | | Sold | 08/15/11 | J | A | |
| 128.  -INTL Business Machines (IBM) | | None | J | T | Buy | 10/12/11 | J | | |
| 129.  - Kansas City Southern (KSU) | A | Dividend | J | T | | | | | |
| 130.  - Kinder Morgan Energy (KMP) | B | Dividend | K | T | | | | | |
| 131.  -Kraft Foods Inc VA CL A (KFT) | | None | J | T | Buy | 09/16/11 | J | | |
| 132.  -Market Vectors ETF Gold Miners ETF (GDX) | | None | J | T | Sold (part) | 08/30/11 | J | C | |
| 133.  -Market Vectors ETF GLD (GDX) | | None | K | T | Sold (part) | 08/30/11 | K | A | |
| 134.  -Minefinders CP LTD COM (MFN) | A | Dividend | J | T | Buy | 04/22/11 | J | | |
| 135.  -Oracle Corp (ORCCL) | A | Dividend | J | T | | | | | |
| 136.  -Rackspace Hosting Inc (RAX) | A | Dividend | J | T | Buy | 03/17/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Grandy, Laura K. | 05/12/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  -TCW Emerging (TGEIX) | | None | J | T | | | | | |
| 138.  -Windstream Corp (WIN) | | None | J | T | | | | | |
| 139.  -Yum Brands Inc (YUM) | | | J | T | Buy | 11/02/11 | J | | |
| 140.  -Kinder Morgan Energy Partners LP | B | Int./Div. | J | T | | | | | See Note in Part VIII |
| 141.  -Energy Transfer PTNRS LP | B | Int./Div. | K | T | | | | | See Note in Part VIII |
| 142.  Bank of America - Merrill Lynch Wealth Management | | | | | | | | | |
| 143.  - Money Manager Checking Sweep Acct | A | Interest | J | T | | | | | |
| 144.  - ING Groep N.V. PFD (IGK) | B | Int./Div. | K | T | | | | | |
| 145.  - Bank of America NA Market CD (MAT) | B | Interest | M | T | | | | | |
| 146.  - Columbia Life Goal Growth Class A (NLGIX) | A | Int./Div. | | | Sold | 09/01/11 | M | B | |
| 147.  - Hartford Capital Appreciation CL B (IHCAX) | A | Int./Div. | | | Sold | 09/01/11 | J | B | |
| 148.  - Columbia Tax Exempt Class A (COLTX) | B | Interest | J | T | Sold (part) | 09/11/11 | L | B | |
| 149.  - AXA Equitable Life INS CO Accumulator 2004 | B | Int./Div. | M | T | | | | | |
| 150.  - Hartford Life Director VII ILA INDV | B | Int./Div. | | | Sold | 03/11/11 | L | | See Note in Part VIII |
| 151.  -DWS Strategic High Yield (SHYTX) | | None | M | T | Buy | 09/17/11 | M | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | | |
| | U =Book Value | V =Other | W =Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Grandy, Laura K. | 05/12/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part II:

Line 1 - Payments for percentage of collections of fees for work performed and generated by Judge, prior to departure.

Part VII:

Line 21 - Account name changed from Morgan Keegan - Mathis Marifian Richter & Grandy 401K Self D to Morgan Keegan (Trustee to Trustee transfer)

Line 105 - Name changed from Mathis Marifian Richter & Grandy LTD to Mathis Marifian & Richter LTD

Line 106 - No Income received on Notes Receivable during reporting period.

Line 107 - Note sold at a loss simply to liquidate

Line 108 -                                                            No income received.

Line 109 -                             which is currently vacant.  No income received.

Line 140/141 - Publicly Traded Partnership that generates interest and dividends

Line 150 - 1035 exchange for Line 1

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Laura K. Grandy**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544